**COMMUNITY NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Plaintiff–Appellant,**

v.

**Bernard PERSKY and Shirley Persky, and Stuart Persky and Ronni Persky, Defendants–Appellees.**

**In re Bernard PERSKY, Debtor.**

**In re Stuart PERSKY, Debtor.**

No. 88–CV–0334.
Bankruptcy No. 185–51446–352.
Adv. Nos. 186–0066, 186–0067.

United States District Court, E.D. New York.

March 7, 1989.

Avery J. Gross and Paul Hollender, Corash & Hollender, Staten Island, N.Y., for plaintiff-appellant.

Harvey L. Woll, Mannarion Bader Bloom Fischer & Woll, New York City, for defendants-appellees.

GLASSER, District Judge:

The opinion of the bankruptcy court (Holland, J.), reported at 78 B.R. 657 (Bkrtcy. E.D.N.Y.1987), is affirmed. Upon an independent reading of the parties' briefs and the relevant statutes and case law, the court concludes that it could add little to Judge Holland's thorough and well-reasoned opinion, which is hereby adopted in its entirety.

SO ORDERED.